IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01251-ZLW

JAMES K. IRONS,

       Applicant,

v.

AL ESTEP, Warden, L.C.F., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

       Respondents.

## SECOND ORDER TO CURE DEFICIENCY

Weinshienk, Senior Judge

Applicant submitted a Motion for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed.R.App. 24 in a Habeas Corpus Action on September 14, 2005. The court has determined that the document is deficient as described in this order. Applicant will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
      ___ is not submitted

**(B)**   **Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 in a Habeas Corpus Action**:
      ___ is not submitted
      ___ is missing affidavit
      X   is missing required financial information **(trust fund account statement must be certified)**

  __ is missing an original signature by the prisoner
  __ is not on proper form (must use the court's current form)
  __ other_____

Accordingly, it is

  ORDERED that applicant cure the deficiencies designated above within thirty (30) days from the date of this order. Any papers that Applicant files in response to this order must include the civil action number on this order. It is

  FURTHER ORDERED that the clerk of the court mail to applicant, together with a copy of this order, an original and one copy of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 in a Habeas Corpus Action. It is

  FURTHER ORDERED that, if applicant fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

  DATED at Denver, Colorado this _16_ day of _September_, 2005.

            BY THE COURT:

            s/ Zita L. Weinshienk
            ZITA L. WEINSHIENK, Senior Judge
            United States District Court